UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JASON PAUL MEADOWS,

          Plaintiff,                         Case No. 1:15cv253

v.                                              Hon. Robert J. Jonker

PATTY NIEPOTH, *et al.*,

          Defendants.
_____/

## ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 29, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 29, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendants' motions to dismiss (docket ## 26 and 28) are **GRANTED** and this action is **DISMISSED** in its entirety.

                                                               /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE

DATED:  November 20, 2015.